# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| ATOSA USA, INC., a California corporation,<br><br>      Plaintiff,<br><br>    vs.<br><br>MVP GROUP CORP., a Canadian Corporation and MVP GROUP LLC, a Florida limited liability company,<br><br>      Defendants.<br><br>And Related Counterclaims<br><hr>CITY FOOD EQUIPMENT CO., an Illinois corporation,<br><br>      Intervenor. | Case No. 8:21-cv-01474-CJC (ADSx)<br><br>**CONSENT JUDGMENT AND PERMANENT INJUNCTION** |

Following the execution of a Settlement Agreement among Atosa USA, Inc. ("Atosa"); MVP Group Corp. and MVP Group LLC (collectively "MVP"); and intervenor City Food Equipment Co. ("CFE"), the Court now enters this consent judgment disposing of all claims in this case. Pursuant thereto, the Court permanently enjoins MVP, CFE, and all parties acting in concert or participation therewith, as follows:

1. Other than as provided below, CFE and MVP and their affiliates under their control are permanently enjoined from using the trademark or brand name ALPHA, and the Alpha Logo (shown below).



2. CFE and MVP are permanently enjoined from using any trademark or brand name for kitchen equipment confusingly similar to ATOSA, or any logo for kitchen equipment confusingly similar to U.S. Trademark Registration No. 4359594, or the Atosa Logo, shown below.

 

3. Notwithstanding the foregoing, CFE shall have twelve (12) months from the Effective Date of the parties' Settlement Agreement to sell off its existing inventory of ALPHA-branded products ("Sell-Off Period"). During the Sell-Off Period, CFE is enjoined from procuring any new ALPHA-branded products, and is enjoined from otherwise taking any action to create

confusion about the affiliation of the ALPHA brand with Atosa or Atosa's products.

4. This Order does not dispose of any potential claims by MVP against CFE, or by CFE against MVP.

5. The Court retains jurisdiction to adjudicate any disputes concerning the parties' Settlement Agreement.

IT IS SO ORDERED.

DATED: July 26, 2022

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE